UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SAIYEAK BAY AND WINGFATT LEI, and all
others similarly
situated employees and former employees
                                    Plaintiffs,

13-CV-5013 (SLT) (JO)

**Stipulation of Voluntary
Dismissal of Action**

                    -against-

GRAND SENTOSA CORP. DBA SENTOSA

                    Defendant
------------------------------------------------------------------X

        Parties have resolved all issues in this action by a confidential settlement agreement, and

hereby consent to entry of an order of dismissal with prejudice. Facsimile signatures shall have

same effect as if they were originals, either party can file with court without further notice.

Dated: New York, New York
        ~~Jan. 7th~~ 2014
        Feb. 28,


Lawrence Lo, Esq
132 Greenpoint Ave., Suite B1
Brooklyn NY 11222
Attorney for Defendants
(718) 383 5230

LAW OFFICE OF MING HAI, PC

By:

Ming Hai
Attorneys for Plaintiffs
36-09 MAIN ST. SUITE 7B
FLUSHING, NY 11354
(718) 445-9111